IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARY HELEN SHORT,

    Plaintiff,

v.                                          No. 13-cv-0213 SMV/CG

DE BACA CNTY. BD. OF COMM'RS,
DE BACA CNTY. DET. CTR.,
DE BACA CNTY. SHERIFF'S DEP'T,
and HARRIS,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed her Complaint in state court against various Defendants on January 24, 2013. [Doc. 1-1] at 1–15. The case was removed to this Court on March 5, 2013. [Doc. 1]. Plaintiff had 120 days from the date of removal to effect service of process. *See Wallace v. Microsoft Corp.*, 596 F.3d 703, 706 (10th Cir. 2010). To date, there is no indication on the record that Defendant Harris has been served with process.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why her claims against Defendant Harris should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file her response within 21 days of entry of this Order.

**IT IS SO ORDERERD**.

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**